IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY BRUCE RUDDLE,<br><br>　　　　　Defendant. | CR-08-141-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 4, 2025. (Doc. 67.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 3, 2025 (Doc. 62.) The United States accused Timothy Ruddle (Ruddle) of violating the conditions of his supervised release (1) being in possession of a pornographic DVD on March 11, 2025; and (2) being terminated from sex offender treatment on March 17, 2025. (Doc. 59.)

At the revocation hearing, Ruddle admitted he had violated the conditions of his supervised  (1) being in possession of a pornographic DVD on March 11, 2025; and (2) being terminated from sex offender treatment on March 17, 2025. (Doc. 62.)

Judge Johnston found that the violations Ruddle admitted proves serious and warrants revocation of Ruddle's supervised release and recommends a term of custody until noon on May 17, 2025 with a lifetime of supervised release to follow. (Doc. 67.)  The Court advised Ruddle of his right to appeal and to allocute before the undersigned. (Doc. 62.)

The violation proves serious and warrants revocation of Ruddle's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 67) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Timothy Bruce Ruddle be sentenced to a term of custody of until noon on May 17, 2025 with a lifetime of supervised release to follow.

DATED this 21st day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts