**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-141-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| TIMOTHY BRUCE RUDDLE, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2026. (Doc. 79.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 24, 2026 (Doc. 74.) The United States accused Timothy Ruddle (Ruddle) of violating the conditions of his supervised release by: (1) using Spotify to seek and view videos and podcasts depicting sexually explicit conduct on multiply occasions; and (2) being terminated from sex offender treatment on February 9, 2026. (Doc. 72.)

At the revocation hearings, Ruddle admitted that he had violated the conditions of supervised release as set forth in allegation 2 of the Petition. Judge Johnston determined the Government had not met its burden regarding allegation 1 Judge Johnston recommended a sentence of custody of 75 days with a lifetime supervised release to follow. (Doc. 79.) The Court advised Ruddle of his right to appeal and to allocute before the undersigned. (Doc. 74.)

The violation Ruddle admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 79) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Timothy Ruddle be sentenced for a term of custody of 75 days with a lifetime of supervised release to follow.

DATED this 16th day of March 2026.


_____

Brian Morris, Chief District Judge
United States District Courts